IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              RESPONDENT

VS.                           Case No. 1:11-cr-10021
                              Case No. 1:13-cv-1025

FELICIA EVANS                                                             MOVANT

## ORDER

Before the Court is the Report and Recommendation filed January 29, 2014, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Judge Bryant recommends that Felicia Evans's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF Nos. 25 & 31) be denied. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Movant's motions (ECF Nos. 25 & 31) should be and hereby are **DENIED**, and the petition is **DISMISSED**.

Pursuant to 28 U.S.C. §1915(a), the Court finds that an appeal from dismissal would not be taken in good faith.

**IT IS SO ORDERED**, this 25th day of February, 2014.

/s/Harry F. Barnes
Harry F. Barnes
United States District Judge